UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LORA PETTIFORD ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | No. 3:22-cv-285 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| COMMISSIONER OF SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | Magistrate Judge Michael J. Dumitru |
| ) | |
| *Defendant.* ) | |
| ) | |

**O R D E R**

Before the Court is Plaintiff Lora Pettiford's unopposed motion for approval of attorney's fees under 42 U.S.C. § 406(b). (Doc. 24.) Plaintiff seeks a total fee award in the amount of $21,354.43. (*Id*. at 1.) Defendant filed a response stating he has no opposition to the motion for fees. (Doc. 27 at 1.)

United States Magistrate Judge Michael J. Dumitru filed a report and recommendation (the "R&R") (Doc. 29) on January 28, 2025, pursuant to 28 U.S.C. § 636(b) and Rule 72(b) of the Federal Rules of Civil Procedure. Neither party has objected to the R&R within the given fourteen days. *See* Fed. R. Civ. P. 72(b).

After reviewing the record, the Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations. Accordingly, it is **ORDERED** that Plaintiff's unopposed motion for approval of attorney's fees under 42 U.S.C. § 406(b) (Doc. 24) is **GRANTED** and the total fee award in the amount of $21,354.53 is **APPROVED**.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER
UNITED STATES DISTRICT JUDGE**